# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ALVIN F. AUSTIN & DIANE L. AUSTIN  
4550 GALLEON DRIVE  
LOVES PARK, IL  61111

SSN-xxx-xx-8461 & xxx-xx-0333

Case Number: 06-72300

Case filed on: 12/5/2006  
Plan Confirmed on: 3/8/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $8,820.20        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ROBERT J. SEMRAD & ASSOCIATES | 2,892.00 | 2,892.00 | 2,542.00 | 0.00 |
|  | Total Legal | 2,892.00 | 2,892.00 | 2,542.00 | 0.00 |
| 034 | ALVIN F. AUSTIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 4,246.49 | 4,189.00 | 540.53 | 164.49 |
| 002 | HEIGHTS FINANCE | 874.46 | 874.46 | 156.43 | 19.82 |
| 003 | MIDFIRST BANK | 149,109.75 | 0.00 | 0.00 | 0.00 |
| 004 | WELLS FARGO AUTO FINANCE | 8,625.00 | 8,625.00 | 1,070.81 | 365.72 |
| 029 | GLOBAL INVESTMENT GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MIDFIRST BANK | 1,753.68 | 1,753.00 | 1,753.00 | 0.00 |
|  | Total Secured | 164,609.38 | 15,441.46 | 3,520.77 | 550.03 |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 57.49 | 0.00 | 0.00 |
| 004 | WELLS FARGO AUTO FINANCE | 7,733.31 | 7,733.31 | 667.15 | 0.00 |
| 005 | ASPEN / FB&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BUR COL RECO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BUREAU OF COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 1,048.41 | 1,048.41 | 90.45 | 0.00 |
| 009 | CAPITAL ONE | 932.81 | 932.81 | 80.48 | 0.00 |
| 010 | CITIBANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CROSS COUNTRY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CSBG SMALL BUSINESS LOAN PROGRAM | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 448.94 | 448.94 | 38.73 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 1,041.66 | 1,041.66 | 89.86 | 0.00 |
| 017 | CREDIGY RECEIVABLES INC | 978.57 | 978.57 | 84.42 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 1,490.35 | 1,490.35 | 128.58 | 0.00 |
| 019 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MAIN STREET | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MERRICK BANK | 954.56 | 954.56 | 82.35 | 0.00 |
| 022 | MIDLAND CREDIT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | VATIV RECOVERY SOLUTIONS LLC | 1,729.51 | 1,729.51 | 149.21 | 0.00 |
| 025 | PORTFOLIO RC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RMI/MESI | 300.00 | 300.00 | 25.88 | 0.00 |
| 027 | RMI / MCSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | LVNV FUNDING LLC | 156.31 | 156.31 | 0.00 | 0.00 |
| 031 | FREEDOMCARD GOLD MASTERCARD | 194.39 | 194.39 | 16.77 | 0.00 |
| 032 | ECAST SETTLEMENT CORPORATION | 1,273.69 | 1,273.69 | 109.88 | 0.00 |
| 033 | NICOR GAS | 1,267.92 | 1,267.92 | 109.37 | 0.00 |
|  | Total Unsecured | 19,550.43 | 19,607.92 | 1,673.13 | 0.00 |
|  | Grand Total: | 187,051.81 | 37,941.38 | 7,735.90 | 550.03 |

Total Paid Claimant:   $8,285.93  
Trustee Allowance:     $534.27  
Percent Paid Unsecured:    8.53

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                By  /s/Heather M. Fagan